IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Kimberly Lester, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>Camelot SI, LLC<br><br>                Defendant. | Case No. 24-11946<br><br>Honorable Jonathan J.C. Grey |

### ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Before the Court is plaintiff's notice of voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court hereby **ORDERS** that the above-captioned action is dismissed without prejudice as to defendant Camelot SI, LLC.

**IT IS FURTHER ORDERED** that each party shall bear its own costs and attorneys' fees.

**SO ORDERED**.

                                                                        s/Jonathan J.C. Grey
                                                                        JONATHAN J.C. GREY
                                                                        UNITED STATES DISTRICT JUDGE

Dated:  September 5, 2024

1

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 5, 2024.

                        s/ S. Osorio
                        Sandra Osorio
                        Case Manager